# DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name: **Postal Service FEIS**

No.: **22-cv-02583-KAW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On May 2, 2022, I served the attached:
1. **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
2. **SUMMONS IN A CIVIL ACTION LOUIS DEJOY**
3. **CIVIL COVER SHEET**
4. **ORDER SETTING INITIAL CMC AND ADR DEADLINES**
5. **NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL**
6. **SUMMONS IN A CIVIL ACTION UNITED STATES POSTAL SERVICE**
7. **STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE**
8. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
9. **ECF REGISTRATION INFORMATION**

by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:

U.S. Attorney's Office
Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
*Certified Mail Article Number:*
*9414726699042176205727*

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Certified Mail Article Number:*
*9414726699042176205765*

Louis DeJoy
United States Postmaster General
475 L'Enfant Plz SW
Washington, DC 20260-0010
*Certified Mail Article Number:*
*9414726699042176205710*

United States Postal Service
475 L'Enfant Plz SW
Washington, D.C. 20260
*Certified Mail Article Number:*
*9414726699042176205703*

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2022, at Oakland, California.

         Najaree Hayfron                                    *[signature]*
            Declarant                                              Signature

OK2022300782
GT AG Declaration of Service-Certified Mail (003).docx