ROB BONTA  
Attorney General of California  
DAVID A. ZONANA  
Supervising Deputy Attorney General  
GEORGE TORGUN (SBN 222085)  
STACY J. LAU (SBN 254507)  
Deputy Attorneys General  
  1515 Clay Street, 20th Floor  
  P.O. Box 70550  
  Oakland, CA  94612-0550  
  Telephone:  (510) 879-1973  
  Fax:  (510) 622-2270  
  E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

*[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, AND THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>                      Defendants. | Case No.  3:22-cv-02583-JD<br><br>**PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION FOR LEAVE TO INTERVENE OF OSHKOSH DEFENSE, LLC**<br><br>Date:         July 21, 2022<br>Time:        10:00 a.m.<br>Courtroom:  11, 19th floor<br>Judge:       The Honorable James Donato<br>Trial Date:  None set<br>Action Filed:  April 28, 2022 |

Pursuant to Local Rule 7-3(b), all Plaintiffs in this matter hereby provide notice of non-opposition to the Motion for Leave to Intervene of Oshkosh Defense, LLC.

In accordance with Local Rule 5-1(h), counsel for the State of California, Stacy J. Lau, attests that all other Signatories have concurred in the filing of this document.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2022 | Respectfully submitted, |
| 2 | ROB BONTA<br>Attorney General of California | LETITIA JAMES<br>Attorney General of New York |
| 3 | DAVID A. ZONANA<br>Supervising Deputy Attorney General | |
| 4 | | /s/ *Claiborne E. Walthall*<br>CLAIBORNE E. WALTHALL (*pro hac vice*) |
| 5 | /s/ *Stacy J. Lau*<br>GEORGE TORGUN | Assistant Attorney General<br>New York State Office of the Attorney General |
| 6 | STACY J. LAU<br>Deputy Attorneys General | Environmental Protection Bureau<br>State Capitol |
| 7 | 1515 Clay Street, 20th Floor<br>P.O. Box 70550 | Albany, NY 12224<br>(518) 776-2380 |
| 8 | Oakland, CA 94612-0550<br>Telephone: (510) 879-1973 | claiborne.walthall@ag.ny.gov |
| 9 | E-mail: Stacy.Lau@doj.ca.gov | *Attorneys for Plaintiff State of New York* |
| 10 | *Attorneys for Plaintiff State of California* | |
| 11 | JOSH SHAPIRO<br>Attorney General of Pennsylvania | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 12 | MICHAEL J. FISCHER<br>Chief Counsel and Executive Deputy | /s/ *Vanessa L. Kassab* |
| 13 | Attorney General | CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation |
| 14 | /s/ *Aimee D. Thomson* | VANESSA L. KASSAB (*pro hac vice*)<br>JAMESON A. L. TWEEDIE |
| 15 | AIMEE D. THOMSON (*pro hac vice*)<br>Deputy Attorney General | RALPH K. DURSTEIN, III<br>Deputy Attorneys General |
| 16 | ANN R. JOHNSTON<br>Senior Deputy Attorney General | Delaware Department of Justice<br>820 N. French Street |
| 17 | Office of Attorney General<br>1600 Arch Street, Suite 300 | Wilmington, DE 19801<br>(302) 683-8899 |
| 18 | Philadelphia, PA 19103<br>Telephone: (267) 940-6696 | |
| 19 | Email: athomson@attorneygeneral.gov | *Attorneys for Plaintiff State of Delaware* |
| 20 | *Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* | KWAME RAOUL<br>Attorney General of Illinois |
| 21 | | |
| 22 | WILLIAM TONG<br>Attorney General of Connecticut | /s/ *Jason E. James*<br>JASON E. JAMES (*pro hac vice*) |
| 23 | | Assistant Attorney General |
| 24 | /s/ *William E. Dornbos*<br>WILLIAM E. DORNBOS (*pro hac vice*) | MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos |
| 25 | Assistant Attorney General<br>Office of the Attorney General of Connecticut | Litigation Division<br>Office of the Attorney General |
| 26 | 165 Capitol Avenue<br>Hartford, CT 06106 | 69 W. Washington St., 18th Floor<br>Chicago, IL 60602 |
| 27 | Telephone: (860) 808-5250<br>Email: William.Dornbos@ct.gov | Tel: (312) 814-0660<br>Email: Jason.james@ilag.gov |
| 28 | *Attorneys for Plaintiff State of Connecticut* | *Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| AARON M. FREY<br>Attorney General of Maine | MATTHEW J. PLATKIN<br>Acting Attorney General of New Jersey |
| /s/ *Jillian R. O'Brien*<br>JASON ANTON<br>PAUL SUITTER<br>JILLIAN R. O'BRIEN, State Bar No. 251311<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* | /s/ *Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* |
| BRIAN E. FROSH<br>Attorney General of Maryland | HECTOR BALDERAS<br>Attorney General of New Mexico |
| /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* | /s/ *William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |
| FOR THE PEOPLE OF THE<br>STATE OF MICHIGAN | JOSHUA H. STEIN<br>Attorney General of North Carolina |
| /s/ *Elizabeth Morrisseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan* | /s/ *Francisco Benzoni*<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | ROBERT W. FERGUSON<br>Attorney General of Washington |
| /s/ *Paul Garrahan*<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* | /s/ *Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov<br><br>*Attorney for Plaintiff State of Washington* |
| PETER F. NERONHA<br>Attorney General of Rhode Island | KARL A. RACINE<br>Attorney General for the District of Columbia |
| /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | /s/ *Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* |
| JOSHUA R. DIAMOND<br>Acting Attorney General of Vermont | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel<br>of the City of New York |
| /s/ *Nicholas F. Persampieri*<br>NICHOLAS F. PERSAMPIERI (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>nick.persampieri@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | /s/ *Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>JOSEPH PEPE<br>Senior Counsels<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* |

Adan A. Schwartz
Acting District Counsel

/s/ *Marcia L. Raymond*
Marcia L. Raymond, State Bar No. 215655
Assistant Counsel
Bay Area Air Quality Management District
350 Beale Street, Suite 600
San Francisco, CA 94105
(415) 749-5158
mraymond@baaqmd.gov

*Attorneys for Plaintiff*
*Bay Area Air Quality Management District*

Phil Weiser
Attorney General of Colorado

/s/ *Eric R. Olson*
Eric R. Olson (*pro hac vice*)
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508 6548
Eric.Olson@coag.gov

*Attorneys for Plaintiff State of Colorado*

OK2022300782
Government Plaintiffs' Nonopposition to Motion (rev).docx