Josh Shapiro
Attorney General of Pennsylvania
Michael J. Fischer
Chief Counsel and Executive Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (215) 560-2171
Email: mfischer@attorneygeneral.gov

*Attorney for Plaintiff Commonwealth of Pennsylvania*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, and LOUIS DeJoy, in his official capacity as United States Postmaster General, <br><br> Defendants. | Case No. 3:22-cv-02583-JD <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 5-1(c)(2)(B), Aimee D. Thomson is hereby withdrawn as counsel of record for Plaintiff the Commonwealth of Pennsylvania. Attorney Michael J. Fischer of the Pennsylvania Office of Attorney General is hereby substituted in the place and stead of Aimee D. Thomson as counsel of record for Plaintiff the Commonwealth of Pennsylvania. The reason for Ms. Thomson's withdrawal is that she will be departing the Pennsylvania Office of Attorney General. This substitution will in no way delay or disrupt these proceedings.

| | |
|---|---|
| Dated: July 12, 2022 | Respectfully submitted,<br><br>JOSH SHAPIRO<br>Attorney General of the Commonwealth of Pennsylvania<br><br>By: /s/ *Michael J. Fischer*<br>Michael J. Fischer (*pro hac vice*)<br>Chief Counsel and Executive Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2171<br>mfischer@attorneygeneral.gov |