**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 879-1300
Telephone: (510) 879-1973
Facsimile: (510) 622-2270
E-Mail: Stacy.Lau@doj.ca.gov

July 25, 2022

Honorable James Donato
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: State of California, et al. v. United States Postal Service, et al.
Case No. 3:22-cv-02583-JD, Case Management Conference

Dear Judge Donato:

This letter is submitted by all members of the coalition of state and local government plaintiffs in *State of California, et al. v. United States Postal Service, et al.*, Case No 3:22-cv-02583-JD in accordance with Paragraphs 5 and 6 of the Standing Order for Civil Cases Before Judge James Donato, Doc. 69.

Due to the large number of government plaintiffs in 3:22-cv-02583-JD and the significant distance and public expense that would be involved in their individual travel to the courthouse, the state and local government plaintiffs in 3:22-cv-02583-JD respectfully request that counsel for the State of California appear in person as lead counsel on behalf of the entire coalition at the case management conference scheduled for Thursday, July 28, 2022. Counsel for the State of California will be able to answer all questions and to make stipulations related to case management matters on behalf of the government plaintiffs' coalition.

In addition, for government plaintiffs other than the State of California, we request that a telephone conference line or videoconference link be provided so that

July 25, 2022
Page 2

other government plaintiffs can monitor the conference or appear telephonically as necessary.

Respectfully submitted,

ROB BONTA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General

/s/ *Stacy J. Lau*
GEORGE TORGUN
STACY J. LAU
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1973
E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*


JOSH SHAPIRO
Attorney General of Pennsylvania

/s/ *Michael Fischer*
MICHAEL J. FISCHER
Chief Counsel and Executive Deputy Attorney General (*pro hac vice*)
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (215) 560-2171
Email: mfischer@attorneygeneral.gov

*Attorneys for Plaintiff
Commonwealth of Pennsylvania*

LETITIA JAMES
Attorney General of New York

/s/ *Claiborne E. Walthall*
CLAIBORNE E. WALTHALL (*pro hac vice*)
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

*Attorneys for Plaintiff State of New York*


KATHLEEN JENNINGS
Attorney General of Delaware

/s/ *Vanessa L. Kassab*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VANESSA L. KASSAB (*pro hac vice*)
JAMESON A. L. TWEEDIE
RALPH K. DURSTEIN, III
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Attorneys for Plaintiff State of Delaware*

July 25, 2022
Page 3

| | |
|---|---|
| WILLIAM TONG<br>Attorney General of Connecticut | KWAME RAOUL<br>Attorney General of Illinois |
| /s/ *William E. Dornbos*<br>WILLIAM E. DORNBOS (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: William.Dornbos@ct.gov | /s/ *Jason E. James*<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos<br>Litigation Division<br>Office of the Attorney General<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>Tel: (312) 814-0660<br>Email: Jason.james@ilag.gov |
| *Attorneys for Plaintiff State of Connecticut* | *Attorneys for Plaintiff State of Illinois* |
| AARON M. FREY<br>Attorney General of Maine | MATTHEW J. PLATKIN<br>Acting Attorney General of New Jersey |
| /s/ *Jillian R. O'Brien*<br>JASON ANTON<br>PAUL SUITTER<br>JILLIAN R. O'BRIEN, State Bar No. 251311<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br>Email: Jill.Obrien@maine.gov | /s/ *Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov |
| *Attorneys for Plaintiff State of Maine* | *Attorneys for Plaintiff State of New Jersey* |
| BRIAN E. FROSH<br>Attorney General of Maryland | HECTOR BALDERAS<br>Attorney General of New Mexico |
| /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us | /s/ *William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov |
| *Attorneys for Plaintiff State of Maryland* | *Attorneys for Plaintiff State of New Mexico* |

July 25, 2022
Page 4

| | |
|---|---|
| FOR THE PEOPLE OF THE<br>STATE OF MICHIGAN<br><br>/s/ *Elizabeth Morrisseau*<br>ELIZABEH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan* | JOSHUA H. STEIN<br>Attorney General of North Carolina<br><br>/s/ *Francisco Benzoni*<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>/s/ *Paul Garrahan*<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* | ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>/s/ *Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov<br><br>*Attorney for Plaintiff State of Washington* |

July 25, 2022
Page 5

PETER F. NERONHA
Attorney General of Rhode Island

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

SUSANNE R. YOUNG
Attorney General of Vermont

/s/ *Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

*Attorneys for Plaintiff State of Vermont*

ADAN A. SCHWARTZ
Acting District Counsel

/s/ *Marcia L. Raymond*
MARCIA L. RAYMOND, State Bar No. 215655
Assistant Counsel
Bay Area Air Quality Management District
350 Beale Street, Suite 600
San Francisco, CA 94105
(415) 749-5158
mraymond@baaqmd.gov

*Attorneys for Plaintiff
Bay Area Air Quality Management District*

KARL A. RACINE
Attorney General for the District of Columbia

/s/ *Adam Teitelbaum*
ADAM TEITELBAUM, State Bar. No. 310565
Deputy Director
Office of the Attorney General
District of Columbia
400 6th St. NW
Washington, DC 20001
Telephone: 202-256-3713
Email: Adam.Teitelbaum@dc.gov

*Attorneys for Plaintiff District of Columbia*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York

/s/ *Alice R. Baker*
ALICE R. BAKER (*pro hac vice*)
JOSEPH PEPE
Senior Counsels
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-2314
E-mail: albaker@law.nyc.gov

*Attorneys for Plaintiff City of New York*

PHIL WEISER
Attorney General of Colorado

/s/ *Eric R. Olson*
ERIC R. OLSON (*pro hac vice*)
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508 6548
Eric.Olson@coag.gov

*Attorneys for Plaintiff State of Colorado*