Timothy S. Bishop (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
350 South Grand Avenue
Los Angeles, CA 90072
(213) 229-9500
mhendy@mayerbrown.com

*Attorneys for Defendants*
*Louis DeJoy and U.S. Postal Service*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 3:22-cv-02583-JD |
| Plaintiffs, | Related Case No. 3:22-cv-02576-JD |
| v. | NOTICE OF ANTICIPATED FILING DATES OF JOINT MOTION FOR A PROTECTIVE ORDER AND ADMINISTRATIVE RECORD CERTIFIED LIST |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Defendants notify the Court that the U.S. Postal Service requires an additional fourteen days, up to and including August 22, 2022, within which to file the joint motion for a protective order, and an additional fourteen days, up to and including August 29, 2022, within which to file the certified list of the contents of the administrative record.

The parties filed a joint case management plan (ECF No. 97) stating that by August 8, 2022 the parties "intend[ed] to file a joint motion for a protective order" regarding confidential portions

1  of the administrative record, and that the Postal Service "anticipate[d] filing a certified list of the
2  contents of the administrative record on August 15, 2022." Id. at 6.  The plan further stated that
3  the Postal Service would "promptly notify the Court" if "additional time is required to file the
4  certified list." Id..

5  For the reasons detailed in the declaration attached to this notice, despite several Postal
6  Service cross-functional teams working diligently to complete the administrative record and
7  prepare the certified list, the Postal Service now anticipates that it will be able to file the certified
8  index on August 29, 2022.  The Postal Service also anticipates that it will be able to file the joint
9  motion for a protective order by no later than August 22, 2022.

10  If, based on additional developments, any further time is needed within which to file the
11  certified list or motion for a protective order, Defendants will promptly notify the Court.

Dated: July 27, 2022                              Respectfully submitted,

/s/ Timothy S. Bishop
Timothy S. Bishop (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
Avi M. Kupfer (*pro hac vice*)
Clare E. Myers (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com
blegner@mayerbrown.com
akupfer@mayerbrown.com
cmyers@mayerbrown.com

Miriam R. Nemetz (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mnemetz@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
350 South Grand Avenue
Los Angeles, CA 90072
(213) 229-9500

mhendy@mayerbrown.com

*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*

- 3 -

NOTICE OF ANTICIPATED FILING DATES
Case No. 3:22-cv-02583-JD