IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, AND THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case No.:  3:22-cv-02583-JD<br><br>Case No.:  3:22-cv-02576-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT CROSS-MOTION TO LIFT STAY AND DENYING DEFENDANTS' MOTION TO EXTEND STAY**<br><br>Date:         December 1, 2022<br>Time:         10:00 a.m.<br>Location:    Courtroom 11, 19th Floor<br>Judge:        The Honorable James Donato<br><br>Action Filed:  April 28, 2022 |

1

|   |   |
|---|---|
| CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB, | |
| Plaintiffs, | |
| v. | |
| LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE, | |
| Defendants. | |

Having considered Plaintiffs' Joint Cross-Motion to Lift the Stay and Defendants' Motion to Extend Stay, the briefs and arguments of counsel and all other information presented, and good cause appearing, the Court concludes that Plaintiffs' motion should be granted and Defendants' motion denied, and the stay issued on August 1, 2022 hereby dissolved.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED and the stay issued on August 1, 2022 is hereby LIFTED. IT IS FURTHER ORDERED THAT, consistent with the parties' Joint Case Management Statement (ECF No. 97):

1. Within 7 days of this order, the parties will file a joint motion for a protective order requesting that the court require the parties to file under seal certain documents containing or discussing administrative record documents that the USPS has designated as confidential;

2. The USPS will file a certified list of the administrative record contents within 14 days of the date of this order; and

3. Within 5 business days after either the court rules on the parties' joint motion for a protective order or the USPS files the certified list of the administrative record contents, whichever is later, the USPS will serve the record on Plaintiffs.

Dated:_____     _____
                                          The Honorable James Donato