Timothy S. Bishop (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
350 South Grand Avenue
Los Angeles, CA 90072
(213) 229-9500
mhendy@mayerbrown.com

*Attorneys for Defendants*
*Louis DeJoy and U.S. Postal Service*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 3:22-cv-02583-JD |
| Plaintiffs, | Related Case No. 3:22-cv-02576-JD |
| v. | **JOINT STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF EXTENDING STAYS AND TO COMBINE REPLY WITH OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO LIFT STAYS** |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |
| | Current reply date: November 4, 2022 |
| | Current opposition date: November 10, 2022 |
| | New combined reply/opposition date: November 10, 2022 at 12 pm PT |

| | |
|---|---|
| CLEANAIRNOW, et al., | Case No. 3:22-cv-02576-JD. |
| Plaintiffs, | Related Case No: 3:22-cv-02583-JD |
| v. | **JOINT STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF EXTENDING STAYS AND TO COMBINE REPLY WITH OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO LIFT STAYS** |
| LOUIS DEJOY, et al., | |
| Defendants. | |
| | Current reply date: November 4, 2022 |
| | Current opposition date: November 10, 2022 |
| | New combined reply/opposition date: November 10, 2022 at 12 pm PT |

Pursuant to Civil Local Rule 6-2, Plaintiffs State of California, State of New York, Commonwealth of Pennsylvania, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, People of the State of Michigan, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, District of Columbia, City of New York, The Bay Area Air Quality Management District, CleanAirNow, Center for Biological Diversity, and Sierra Club (Plaintiffs) and Defendants United States Postal Service, and Louis DeJoy (Postal Service) (Defendants) (collectively, the parties) hereby stipulate to extend the deadline for Defendants to submit its replies in support of its motions to extend the litigation stays to November 10, 2022 at 12 pm PT. The parties further stipulate that Defendants will file a combined, up-to-15-page reply in support of the motions to extend the litigation stays and opposition to Plaintiffs' motion to lift the litigation stays in compliance with the submission requirements for opposition briefs in the Court's Standing Orders.

WHEREAS on April 28, 2022, Plaintiffs in *California v. United States Postal Service* and *CleanAirNow v. DeJoy* filed their complaints.

WHEREAS on August 1, 2022, the Court stayed both actions in light of the then-pending Judicial Panel on Multidistrict Litigation proceedings.

WHEREAS on October 7, 2022, the Judicial Panel on Multidistrict Litigation denied centralization.

WHEREAS on October 14, 2022, Defendants moved to extend the litigation stays until after the Postal Service completes the supplemental environmental review of the Next Generation Delivery Vehicles Acquisition Program and issues a revised Record of Decision.

WHEREAS on October 27, 2022, Plaintiffs filed a combined joint cross-motion to lift the litigation stay and opposition to Defendants' motions to extend the litigation stays.

WHEREAS the parties agree that it is more efficient for the Court and the parties if Defendants file a single combined reply in support of its motions to extend the stays and opposition to Plaintiffs' motion to lift the stays.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that (1) the deadline for Defendants to submit its replies in support of its motions to extend the litigation stays is extended to November 10, 2022 at 12 pm PT; and (2) Defendants will file a single combined, up-to-15-page reply in support of the motions to extend the litigation stays and opposition to Plaintiffs' motion to lift the litigation stays in compliance with the submission requirements for opposition briefs in the Court's Standing Orders.

November 2, 2022                                         Respectfully submitted,

/s/ Timothy S. Bishop
Timothy S. Bishop (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

*Attorney for Defendants United States Postal Service and Louis DeJoy*


/s/ Stacy J. Lau
Stacy J. Lau
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 879-1973
Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*


/s/ Adriano L. Martinez
Adriano L. Martinez (SBN 237152)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
(415) 217-2000
amartinez@earthjustice.org

*Attorneys for Plaintiffs CleanAirNow and Sierra Club*

/s/ Scott Hochberg
Scott B. Hochberg (SBN 305567)
Maya D. Golden-Krasner (217557)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7119
shochberg@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*


/s/ *Claiborne E. Walthall*
CLAIBORNE E. WALTHALL (*pro hac vice*)
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

*Attorneys for Plaintiff State of New York*


/s/ *Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (215) 560-2171
Email: ajohnston@attorneygeneral.gov

*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*


/s/ *William E. Dornbos*
WILLIAM E. DORNBOS (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Email: William.Dornbos@ct.gov

*Attorneys for Plaintiff State of Connecticut*

/s/ *Vanessa L. Kassab*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VANESSA L. KASSAB (*pro hac vice*)
JAMESON A. L. TWEEDIE
RALPH K. DURSTEIN, III
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Attorneys for Plaintiff State of Delaware*

/s/ *Jason E. James*
JASON E. JAMES (*pro hac vice*)
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos Litigation Division
Office of the Attorney General
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Tel: (872) 276-3583
Email: Jason.james@ilag.gov

*Attorneys for Plaintiff State of Illinois*

/s/ *Lisa Morelli*
LISA MORELLI, State Bar No. 137092
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
Telephone: 609-376-2745
Email: lisa.morelli@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

/s/ *Jillian R. O'Brien*
JASON ANTON
PAUL SUITTER
JILLIAN R. O'BRIEN, State Bar No. 251311
Assistant Attorneys General
Six State House Station
Augusta, Maine 04333-0006
Telephone: (207) 626-8800
Fax: (207) 287-3145
Email: Jason.Anton@maine.gov
Email: Paul.Suitter@maine.gov
Email: Jill.Obrien@maine.gov

*Attorneys for Plaintiff State of Maine*


/s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6414
Email: sgoldstein@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*


/s/ *William Grantham*
WILLIAM GRANTHAM (*pro hac vice*)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
E-Mail: wgrantham@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

/s/ *Paul Garrahan*
PAUL GARRAHAN (*pro hac vice*)
Attorney-in-Charge
STEVE NOVICK (*pro hac vice*)
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4593
Email: Steve.Novick@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*


/s/ *Elizabeth Morrisseau*
ELIZABETH MORRISSEAU (*pro hac vice*)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
Michigan Attorney General's Office
6th Floor, G. Mennen Williams Building
525 West Ottawa Street
PO Box 30755
Lansing, MI 48933
Telephone: (517) 335-7664
Email: MorrisseauE@michigan.gov

*Attorneys for Plaintiff the People of the State of Michigan*


/s/ *Francisco Benzoni*
ASHER SPILLER
Assistant Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General
114. W. Edenton Street
Raleigh, NC 27063
Telephone: (919)716-7600
Email: fbenzoni@ncdoj.gov
aspiller@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

- 6 -

/s/ *Megan Sallomi*
MEGAN SALLOMI, State Bar. No. 300580
Assistant Attorney General
Environmental Protection Division
Washington State Attorney General's Office
800 5th Ave Suite 2000,
Seattle, WA 98104-3188
Telephone: (206) 389-2437
Email: Megan.Sallomi@atg.ca.gov

*Attorney for Plaintiff State of Washington*


/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*


/s/ *Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

*Attorneys for Plaintiff State of Vermont*


/s/ *Adam Teitelbaum*
ADAM TEITELBAUM, State Bar. No. 310565
Deputy Director
Office of the Attorney General
District of Columbia
400 6th St. NW
Washington, DC 20001
Telephone: 202-256-3713
Email: Adam.Teitelbaum@dc.gov

*Attorneys for Plaintiff District of Columbia*

/s/ *Alice R. Baker*
ALICE R. BAKER (*pro hac vice*)
JOSEPH PEPE
Senior Counsels
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-2314
E-mail: albaker@law.nyc.gov

*Attorneys for Plaintiff City of New York*

/s/ *Marcia L. Raymond*
MARCIA L. RAYMOND, State Bar No. 215655
Assistant Counsel
Bay Area Air Quality Management District
350 Beale Street, Suite 600
San Francisco, CA 94105
(415) 749-5158
mraymond@baaqmd.gov

*Attorneys for Plaintiff*
*Bay Area Air Quality Management District*

/s/ *Eric R. Olson*
ERIC R. OLSON (*pro hac vice*)
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508 6548
Eric.Olson@coag.gov

*Attorneys for Plaintiff State of Colorado*

**ATTESTATION**

I, Timothy S. Bishop, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

<u>/s/ Timothy S. Bishop</u>
Timothy S. Bishop

# DECLARATION OF TIMOTHY S. BISHOP

I, Timothy S. Bishop, hereby declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Mayer Brown LLP, and counsel of record for Defendants United States Postal Service and Louis DeJoy in the above-captioned matter. I have personal knowledge of the facts asserted in this declaration, and could and would competently testify to them if called as a witness.

2. On April 28, 2022, Plaintiffs in *California v. United States Postal Service* and *CleanAirNow v. DeJoy* filed their complaints.

3. On August 1, 2022, the Court stayed both actions in light of the then-pending Judicial Panel on Multidistrict Litigation Proceedings.

4. On October 7, 2022, the Judicial Panel on Multidistrict Litigation denied centralization.

5. On October 14, 2022, the Postal Service moved to extend the stays in both cases until after the Postal Service completes the supplemental environmental review of the Next Generation Delivery Vehicles Acquisition Program and issues a revised Record of Decision.

6. On October 27, 2022, Plaintiffs filed their combined joint cross-motion to lift the stays and opposition to Defendants' motions to extend the stays.

7. The parties agree that it is more efficient for the Court and the parties if Defendants file a combined reply in support of its motions to extend the stays and opposition to Plaintiffs' motion to lift the stays by November 10, 2022 at 12 pm PT.

8. The parties have not previously modified the schedule for the above-captioned matters.

9. The parties agree that Defendants shall file a combined reply in support of its motions to extend the stays and opposition to Plaintiffs' cross-motion to lift the stay by November 10, 2022 at 12 pm PT.

10. The parties agree that Defendants combined reply shall comply with the submission

requirements for opposition briefs in the Court's Standing Orders.

11.    Besides extending by 6 days the deadline for Defendants' replies in support of the motion to extend the litigation stays, the extension agreed to by the parties will not alter the date of any event or any deadline already fixed by Court order.

12.    This extension is not sought for delay or any other improper purpose.

Dated: November 2, 2022

/s/ Timothy S. Bishop<br>Timothy S. Bishop