# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  December 1, 2022                                      Judge:  Hon. James Donato

Time:  17 Minutes

3:22-cv-02576-JD CleanAirNow et al v. DeJoy et al
3:22-cv-02583-JD State of California et al v. United States Postal Service et al

Attorney(s) for Plaintiff(s):        Adriano Martinez/Stacy Lau
Attorney(s) for Defendant(s):    Timothy Bishop/Avi Kupfer

FTR Reporter:  10:20 -10:37

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Hearings re Motions to Stay -- Held.

### NOTES AND ORDERS

The cases remain stayed pending disposition of the motions to stay.  *CleanAirNow*, Dkt. Nos. 51,
52; *State of California*, Dkt. Nos. 106, 107.