ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU
Deputy Attorney General
State Bar No. 254507
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

*[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, AND THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>                                   Plaintiffs,<br><br>        v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>                                   Defendants. | Case No.: 3:22-cv-02583-JD<br><br>Case No.: 3:22-cv-02576-JD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Location:    Courtroom 11, 19th Floor<br>Judge:         The Honorable James Donato<br><br>Action Filed: April 28, 2022 |

| | |
|---|---|
| CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB, | |
| | Plaintiffs, |
| v. | |
| LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE, | |
| | Defendants. |

**Plaintiffs' Response to Defendants' Notice of Supplemental Authority**

On January 19, 2023, the Postal Service submitted a notice of supplemental authority in support of its motion to extend the stay in this case following the recent issuance of a stay in the action in the Southern District of New York. *NGO* ECF No. 61; *State* ECF No. 119; *Natural Resources Defense Council, Inc. v. DeJoy*, No. 1:22-cv-3442. The undersigned plaintiffs jointly submit two points in response.

First, Plaintiffs respectfully disagree with the SDNY order, which is not controlling here, and continue to oppose the Postal Service's motion to extend the stay of the litigation. As noted in Plaintiffs' Response to Notice of Defendants' Recent Public Announcement, *NGO* ECF No. 60; *State* ECF No. 118, the Postal Service has publicly announced a change in its fleet mix for a third time, before even releasing a draft Supplemental Environmental Impact Statement (SEIS). All of these revisions have proceeded before the completion of the new public environmental review process. A stay here would allow these changes to continue before studying the new fleet mix, frustrating the National Environmental Policy Act's intention that an EIS "will not be used to rationalize or justify decisions already made." 40 C.F.R. § 1502.5.

Second, if the Court does issue a stay, Plaintiffs request that the Court impose reasonable conditions on the stay, including an expiration date of August 31, 2023, as the parties and Court discussed at the stay hearing, and status reports every 60 days. Given that the Postal Service itself proposed both the August 31 expiration date, *NGO* ECF No. 57; *State* ECF No. 112; Hrg. Tr. at 14:23-15:1, and the submission of status reports, *State* ECF No. 110, *NGO* ECF No. 55, we encourage the Court to incorporate these conditions into any potential extension of the stay. The safeguard of an end date is crucial to protect Plaintiffs' rights and to provide a fixed time after which litigation may resume. Additionally, the Postal Service represented during the hearing on the stay extension that Oshkosh's ongoing manufacturing activities are not locking in any particular mix of gas-powered and battery electric vehicles; we request status reports to ensure that this remains the case during the pendency of the stay.

1   While Plaintiffs continue to object to the extension of the stay, if the Court does extend it
2   until the publication of the SEIS, we believe both of these reasonable conditions should be
3   imposed on the Postal Service to aid in its accountability and transparency.

| | | |
|---|---|---|
| 1 | Dated: January 30, 2023 | Respectfully submitted, |
| 2 | ROB BONTA<br>Attorney General of California | LETITIA JAMES<br>Attorney General of New York |
| 3 | ABIGAIL BLODGETT<br>Supervising Deputy Attorney General | |
| 4 | | /s/ Claiborne E. Walthall |
| | /s/ Stacy J. Lau | CLAIBORNE E. WALTHALL (*pro hac vice*) |
| 5 | STACY J. LAU | Assistant Attorney General |
| | Deputy Attorneys General | New York State Office of the Attorney General |
| 6 | 1515 Clay Street, 20th Floor | Environmental Protection Bureau |
| | P.O. Box 70550 | State Capitol |
| 7 | Oakland, CA 94612-0550 | Albany, NY 12224 |
| | Telephone: (510) 879-1973 | (518) 776-2380 |
| 8 | E-mail: Stacy.Lau@doj.ca.gov | claiborne.walthall@ag.ny.gov |
| 9 | *Attorneys for Plaintiff State of California* | *Attorneys for Plaintiff State of New York* |
| 10 | | |
| 11 | FOR THE COMMONWEALTH OF PENNSYLVANIA | WILLIAM TONG |
| | MICHELLE HENRY | Attorney General of Connecticut |
| 12 | Acting Attorney General | |
| 13 | | /s/ Daniel Salton |
| | /s/ Ann R. Johnston | DANIEL SALTON |
| 14 | ANN R. JOHNSTON | Assistant Attorney General |
| | Senior Deputy Attorney General | Office of the Attorney General of Connecticut |
| 15 | Office of Attorney General | 165 Capitol Avenue |
| | 1600 Arch Street, Suite 300 | Hartford, CT 06106 |
| 16 | Philadelphia, PA 19103 | Telephone: (860) 808-5250 |
| | Phone: (215) 560-2171 | Email: daniel.salton@ct.gov |
| 17 | Email: ajohnston@attorneygeneral.gov | |
| 18 | | *Attorneys for Plaintiff State of Connecticut* |
| | *Attorneys for Plaintiff* | |
| 19 | *Commonwealth of Pennsylvania* | |
| | | AARON M. FREY |
| 20 | | Attorney General of Maine |
| 21 | | /s/ Jillian R. O'Brien |
| | | JILLIAN R. O'BRIEN, Cal. State Bar No. 251311 |
| 22 | | JASON ANTON |
| | | PAUL SUITTER |
| 23 | | Assistant Attorneys General |
| | | Six State House Station |
| 24 | | Augusta, Maine 04333-0006 |
| | | Telephone: (207) 626-8800 |
| 25 | | Fax: (207) 287-3145 |
| 26 | | Email: Jason.Anton@maine.gov |
| | | Email: Paul.Suitter@maine.gov |
| 27 | | Email: Jill.Obrien@maine.gov |
| 28 | | *Attorneys for Plaintiff State of Maine* |

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB (*pro hac vice*)<br>JAMESON A. L. TWEEDIE<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br><br>*Attorneys for Plaintiff State of Delaware* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>*/s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Jason E. James*<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Tel: (872) 276-3583<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |
| STATE OF NEW JERSEY<br>MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>*/s/ Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* | JOSHUA H. STEIN<br>Attorney General of North Carolina<br><br>*/s/ Francisco Benzoni*<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* | ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>*/s/ Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov<br><br>*Attorney for Plaintiff State of Washington* |
| FOR THE PEOPLE OF THE<br>STATE OF MICHIGAN<br><br>*/s/ Elizabeth Morrisseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan*<br><br>CHARITY R. CLARK<br>Attorney General of Vermont<br><br>*/s/ Nicholas F. Persampieri*<br>NICHOLAS F. PERSAMPIERI (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>nick.persampieri@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island*<br><br><br>ALEXANDER G. CROCKETT<br>District Counsel<br><br>*/s/ Marcia L. Raymond*<br>MARCIA L. RAYMOND, State Bar No. 215655<br>Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5158<br>mraymond@baaqmd.gov<br><br>*Attorneys for Plaintiff<br>Bay Area Air Quality Management District* |

| | |
|---|---|
| BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>*/s/ Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* | PHIL WEISER<br>Attorney General of Colorado<br><br>*/s/ Eric R. Olson*<br>ERIC R. OLSON (*pro hac vice*)<br>Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508 6548<br>Eric.Olson@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado* |
| HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel<br>of the City of New York<br><br>*/s/ Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* | */s/ Adriano L. Martinez*<br>ADRIANO L. MARTINEZ (SBN 237152)<br>YASMINE L. AGELIDIS (SBN 321967)<br>CANDICE L. YOUNGBLOOD (SBN 328843)<br>amartinez@earthjustice.org<br>yagelidis@earthjustice.org<br>cyoungblood@earthjustice.org<br>Earthjustice<br>707 Wilshire Blvd., Suite 4300<br>Los Angeles, CA 90017<br>T: (415) 217-2000 / F: (415) 217-2040<br><br>*Attorneys for Plaintiffs CleanAirNow and Sierra Club* |
| */s/ Scott B. Hochberg*<br>MAYA D. GOLDEN-KRASNER (SBN 217557)<br>SCOTT B. HOCHBERG (SBN 305567)<br>mgoldenkrasner@biologicaldiversity.org<br>shochberg@biologicaldiversity.org<br>Climate Law Institute<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>T: (510) 844-7119 / F: (510) 844-7150<br><br>*Attorneys for Plaintiff Center for Biological Diversity* | |