UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al. ,<br>        Plaintiff(s),<br><br>     v.<br><br>USPS, et al. ,<br>        Defendant(s). | Case No. 22-cv-2583<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, **Ann R. Johnston**, an active member in good standing of the bar of **the Commonwealth of Pennsylvania**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **the Commonwealth of Pennsylvania** in the above-entitled action. My local co-counsel in this case is **Stacy J. Lau**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: **254507**.

| | |
|---|---|
| Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>MY ADDRESS OF RECORD | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 717-857-2091<br>MY TELEPHONE # OF RECORD | 510-879-1973<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ajohnston@attorneygeneral.gov<br>MY EMAIL ADDRESS OF RECORD | Stacy.Lau@doj.ca.gov<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **204673**.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court **1** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/15/2023              /s/ Ann R. Johnston
                              APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE