Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
mhendy@mayerbrown.com

Timothy S. Bishop (*pro hac vice*)
Avi M. Kupfer (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com
akupfer@mayerbrown.com

*Attorneys for Defendants*
*Louis DeJoy and U.S. Postal Service*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | Case Nos. 3:22-cv-02583<br>3:22-cv-02576<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Honorable Araceli Martínez-Olguín |
| CLEANAIRNOW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, et al.,<br><br>Defendants. | |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the orders reassigning these cases (Case No. 3:22-cv-02583 (*State*) Dkt. 126; Case No. 3:22-cv-02576 (*CleanAirNow*) Dkt. 66), the parties in these related cases submit the following case management statement.

1. Jurisdiction and Service

Plaintiffs contend that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 (action arising under the laws of the United States), 28 U.S.C. § 1346 (civil action against the United States), 39 U.S.C. § 401 (authorizing suits against the Postal Service), and 39 U.S.C. § 409 (suits by and against the Postal Service).

Defendants (collectively, the Postal Service) reserve the right to argue that the Court lacks subject matter jurisdiction over one or more of Plaintiffs' claims, including on standing grounds.

The Postal Service was served.

2. Facts

These cases challenge the Postal Service's record of decision (ROD) for the Next Generation Delivery Vehicle (NGDV) Acquisitions program, which approved the purchase of 50,000 to 165,000 NGDVs. Plaintiffs allege that the final environmental impact statement (EIS) supporting the ROD did not comply with the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321 et seq.

On January 7, 2022, the Postal Service released a final EIS, which evaluated, among other alternatives, its preferred alternative of procuring "up to 90 percent [internal combustion engine] NGDV with at least 10 percent [battery electric] NGDV." Final EIS iii; *see* 87 Fed. Reg. 994 (Jan. 7, 2022). On February 23, 2022, the Postal Service signed the ROD, which finalized its decision to implement the preferred alternative. *See* 87 Fed. Reg. 14,588 (Mar. 15, 2022).

On April 28, 2022, Plaintiffs CleanAirNow, et al. filed a complaint challenging the ROD. *CleanAirNow* Dkt. 1. Also on April 28, 2022, Plaintiffs State of California, et al. filed a complaint challenging the ROD, and filed a first amended complaint on June 10, 2022. *State* Dkts. 1, 79. Plaintiffs' complaints alleged that the Postal Service violated NEPA by, *inter alia*: (1) making "an irreversible and irretrievable commitment of resources" before completing the NEPA process; (2)

failing to consider and evaluate reasonable alternatives including vehicle fleets with a larger mix of electric vehicles; (3) failing to take a "hard look" at these alternatives, including their impacts on air quality, environmental justice, and climate harms; (4) relying on unfounded assumptions regarding the costs and performance of electric vehicles, infrastructure, and gas prices; and (5) failing to consider inconsistencies of its preferred alternative with the States' laws and policies. *State* ECF No. 1; *CleanAirNow* ECF No. 1. The cases were related on May 10, 2022. *State* Dkt. 27; *CleanAirNow* Dkt. 10.

Postal Service update: The Postal Service is currently developing a supplemental EIS (SEIS) to evaluate the environmental impacts of significant changes to the NGDV Acquisitions program. 87 Fed. Reg. 43,561 (July 21, 2022). The Postal Service anticipates that it will "significantly modify[]" the program to increase the percentage of battery electric NGDVs to "not less than 50 percent." *Id.* at 43,561. The Postal Service has solicited public comments on the scope of the SEIS and it will solicit a second round of public comments on a draft of the SEIS. *Id.* The Postal Service currently anticipates releasing the draft SEIS on June 30, 2023, and finalizing the SEIS and issuing a revised ROD in October 2023. *State* Dkt. 125 at 2; *CleanAirNow* Dkt. 65 at 2.

The Postal Service anticipates that it will begin to receive the first NGDVs in June 2024. *State* Dkt. 125 at 2; *CleanAirNow* Dkt. 65 at 2.

In addition, the Postal Service recently announced that its delivery vehicle electrification strategy includes contracts for 9,250 off-the-shelf electric vehicles, 9,250 off-the-shelf gas vehicles, and more than 14,000 charging stations. U.S. Postal Serv., *USPS Moves Forward with Awards to Modernize and Electrify the Nation's Largest Federal Fleet* (Feb. 28, 2023), https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm. The announcement stated that "delivery of the vehicles is intended to commence in December of this year, assuming successful completion of the [SEIS] . . . , and the related issuance of our [revised ROD] pursuant to [NEPA]," and that "[a]ll awards in today's announcement are contingent on the Postal Service's satisfactory completion of [NEPA] requirements." *Id.* Plaintiffs note below that the Postal Service "did not

disclose or study" the contracts "in the final EIS" for the NGDV Acquisitions program. That is because the contracts postdate and are distinct from the final EIS and ROD for the NGDV Acquisitions program. Rather, as the announcement explained, the contracts would be subject to the revised ROD with their NEPA analysis to occur in the SEIS.

Plaintiffs' update: On February 28, 2023, in addition to proceeding with its NGDV Acquisitions program, the Postal Service announced a new contract for the purchase of 18,500 off-the-shelf vehicles, including 9,250 gas-powered vehicles. U.S. Postal Serv., https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm. The Postal Service did not disclose or study this alternative in the final EIS. Delivery of the off-the-shelf vehicles pursuant to the new contract is expected to commence in December 2023, two months after the expected October 2023 publication of the final SEIS and issuance of the revised ROD.

3. Legal Issues

Plaintiffs allege that the Postal Service's issuance of the final EIS and ROD was arbitrary and capricious, did not demonstrate reasoned decision-making, exceeded the Postal Service's statutory authority, and was contrary to the requirements of NEPA and NEPA's implementing regulations.

The Postal Service disputes these claims.

4. Motions

There are no pending motions. The motions below that have been decided provide additional background on the procedural history of the case.

Oshkosh Defense, LLC filed motions for leave to intervene as a defendant in the cases. *State* Dkt. 82; *CleanAirNow* Dkt. 35. The Court granted those motions. *State* Dkt. 122; *CleanAirNow* Dkt. 64.

On August 1, 2022, before the Postal Service filed answers to Plaintiffs' complaints, the Court sua sponte stayed proceedings due to the Postal Service's then-pending motion to consolidate all challenges to the ROD before a multidistrict litigation court. *State* Dkt. 103; *CleanAirNow* Dkt.

49. On October 7, 2022, the Judicial Panel on Multidistrict Litigation denied the Postal Service's consolidation motion.

On February 2, 2023, the Court granted the Postal Service's motions to extend the litigation stays and denied Plaintiffs' motions to lift the litigation stays. *State* Dkt. 121; *CleanAirNow* Dkt. 63. The Court wrote that the "USPS expects to finalize the supplemental environmental review in August 2023, and to issue the revised record of decision by October 2023." *State* Dkt. 121 at 2; *CleanAirNow* Dkt. 63 at 2. The Court explained that "[i]n light of the supplemental NEPA review, litigating the current one makes little sense from a judicial resources point of view." *State* Dkt. 121 at 2; *CleanAirNow* Dkt. 63 at 2. The Court also stated "[i]f it turns out that USPS cannot meet the August 2023 deadline, plaintiffs may ask the Court to revisit the stays." *State* Dkt. 121 at 2; *CleanAirNow* Dkt. 63 at 2. Plaintiffs may ask the Court to revisit the stay because the Postal Service has stated that it will not finalize the SEIS by August 2023, and because after the court granted an extension of the stay, the Postal Service proceeded with a new contract for off-the-shelf vehicles that has not been evaluated under NEPA.

The Court directed the parties to file joint status reports every 90 days. *State* Dkt. 121 at 3; *CleanAirNow* Dkt. 63 at 3. On May 1, 2023, the parties filed the first joint status report. *State* Dkt. 125; *CleanAirNow* Dkt. 65.

At a December 1, 2022 hearing on the stay motions, the Court indicated that it would consolidate the cases and that Plaintiffs should "plan on filing a consolidated complaint" if they seek to challenge the revised ROD. *State* Dkt. 114 at 4, 15. The Court has not yet consolidated the cases.

If Plaintiffs file an amended complaint challenging the revised ROD, the parties anticipate that the cases would be resolved through cross-motions for summary judgment after the Postal Service files an answer and serves the administrative record.

5.      Amended Pleadings

Plaintiffs may amend their complaints based on the SEIS.

6.  Evidence Preservation

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See* ESI Guidelines 2.01, 2.02; Checklist for ESI Meet and Confer. In this matter, such preservation is limited to that necessary to prepare and file the administrative record.

7.  Disclosures

Evidentiary disclosures are not required in administrative record review cases, and none are anticipated. Fed. R. Civ. P. 26(a)(1)(B)(i).

8.  Discovery

The parties anticipate that this action will be resolved based on the Postal Service's administrative record and that discovery will not be necessary.

9.  Class Actions

This case is not a class action.

10. Related Cases

The Court has related these cases. In addition, there is a challenge to the same Postal Service ROD pending in another court. *See Natural Res. Def. Council v. DeJoy*, No. 1:22-cv-3442 (S.D.N.Y). That action has also been stayed with the parties directed to file a joint status letter by July 10, 2023 on the Postal Service's SEIS. Order, *Natural Res. Def. Council v. DeJoy*, No. 1:22-cv-3442 (S.D.N.Y Jan. 18, 2022), Dkt. 67.

11. Relief

The *CleanAirNow* Plaintiffs ask the Court to: (1) declare that the Postal Service violated NEPA and its implementing regulations in issuing its final EIS and ROD; (2) vacate the Postal Service's final EIS and ROD until the Postal Service has demonstrated lawful compliance with NEPA and applicable regulations; (3) issue an order enjoining the Postal Service from any action under its NGDV Acquisitions program until the Postal Service has demonstrated lawful NEPA compliance; (4) award Plaintiffs their costs, expenses, and reasonable attorneys' fees; and (5)

- 6 -

JOINT CASE MANAGEMENT STATEMENT
Case Nos. 3:22-cv-02583; 3:22-cv-02576

provide for such other relief as the Court deems just and appropriate.

The *State* Plaintiffs request that the Court: (1) issue a declaratory judgment that the Postal Service violated NEPA in issuing the Final EIS and ROD; (2) issue an order vacating and setting aside the final EIS and ROD unless and until the Postal Service complies with applicable law; (3) issue an order enjoining action by the Postal Service under its NGDV Acquisitions program until it has complied with NEPA; (4) award Plaintiffs their costs, expenses, and reasonable attorneys' fees; and (5) award such other relief as the Court deems just and proper.

The Postal Service disputes Plaintiffs' entitlement to any relief in these cases and therefore opposes the relief sought.

12. Settlement and ADR

The parties have complied with ADR L.R. 3-5. Plaintiffs do not believe that ADR would be productive at this time. The Postal Service believes that ADR could be useful to achieving a resolution of these lawsuits.

13. Consent to Magistrate Judge for all Purposes

All parties do not consent to have a magistrate judge conduct all further proceedings.

14. Other References

Plaintiffs do not believe that this case is suitable for reference to binding arbitration, special master, or the Judicial Panel on Multidistrict Litigation.

The Postal Service agrees that the case is not suitable for reference to binding arbitration or a special master. As discussed above, the Judicial Panel on Multidistrict Litigation denied the Postal Service's motion to consolidate these cases with other cases challenging the same Postal Service action.

15. Narrowing of Issues

The parties do not believe that it is possible to narrow the issues at this time.

16. Expedited Trial Procedure

Because judicial review in this case is based on the Postal Service's administrative record, the cases should be decided on summary judgment and no trial is expected to occur.

17. Scheduling

Plaintiffs propose that if they move to lift the stay and are successful, they will likely seek an expedited briefing schedule in light of the Postal Service's announcement that delivery of off-the-shelf vehicles "is intended to commence in December of this year." U.S. Postal Serv., https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm. The Postal Service will propose a schedule for any future proceeding if and when the litigation stays are dissolved. As discussed above, the Postal Service currently expects to issue the revised ROD in October 2023.

18. Trial

A trial is not anticipated in this administrative record case. The parties anticipate that summary judgment motions would require a hearing of two to four hours.

19. Disclosure of Non-Party Interested Entities or Persons

All required disclosure statements have been filed.

20. Professional Conduct

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: May 31, 2023                                  Respectfully submitted,

/s/ *Timothy S. Bishop*
Timothy S. Bishop (*pro hac vice*)
Avi M. Kupfer (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com
akupfer@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500

mhendy@mayerbrown.com

*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>ABIGAIL BLODGETT<br>Supervising Deputy Attorney General<br><br>*/s/ Stacy J. Lau*<br>STACY J. LAU<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1973<br>E-mail:  Stacy.Lau@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Claiborne E. Walthall*<br>CLAIBORNE E. WALTHALL (*pro hac vice*)<br>Assistant Attorney General<br>New York State Office of the Attorney General<br>Environmental Protection Bureau<br>State Capitol<br>Albany, NY 12224<br>(518) 776-2380<br>claiborne.walthall@ag.ny.gov<br><br>*Attorneys for Plaintiff State of New York* |
| FOR THE COMMONWEALTH OF PENNSYLVANIA<br>MICHELLE HENRY<br>Acting Attorney General<br><br>*/s/ Ann R. Johnston*<br>ANN R. JOHNSTON<br>Senior Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Phone: (215) 560-2171<br>Email: ajohnston@attorneygeneral.gov<br><br>*Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Daniel Salton*<br>DANIEL SALTON<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: daniel.salton@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Christian Douglas Wright*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB (*pro hac vice*)<br>JAMESON A. L. TWEEDIE<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899 | AARON M. FREY<br>Attorney General of Maine<br><br>*/s/Jillian R. O'Brien*<br>JILLIAN R. O'BRIEN, Cal. State Bar No. 251311<br>JASON ANTON<br>PAUL SUITTER<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145 |

*Attorneys for Plaintiff State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Jason James*
JASON E. JAMES (*pro hac vice*)
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos Litigation Division
Office of the Attorney General
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Tel: (872) 276-3583
Email: Jason.james@ilag.gov

*Attorneys for Plaintiff State of Illinois*

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Lisa Morelli*
LISA MORELLI, State Bar No. 137092
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
Telephone: 609-376-2740
Email: lisa.morelli@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Paul Garrahan*
PAUL GARRAHAN (*pro hac vice*)
Attorney-in-Charge
STEVE NOVICK (*pro hac vice*)
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4593

Email: Jason.Anton@maine.gov
Email: Paul.Suitter@maine.gov
Email: Jill.Obrien@maine.gov

*Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6414
Email: sgoldstein@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ William Grantham*
WILLIAM GRANTHAM (*pro hac vice*)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
E-Mail: wgrantham@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

JOSHUA H. STEIN
Attorney General of North Carolina

*/s/ Asher Spiller*
ASHER SPILLER
Assistant Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General

| | | |
|---|---|---|
| 1 | Email: Steve.Novick@doj.state.or.us | 114. W. Edenton Street |
| 2 | | Raleigh, NC 27063 |
| | *Attorneys for Plaintiff State of Oregon* | Telephone: (919)716-7600 |
| 3 | | Email: fbenzoni@ncdoj.gov |
| | | aspiller@ncdoj.gov |
| 4 | FOR THE PEOPLE OF THE | |
| | STATE OF MICHIGAN | *Attorneys for Plaintiff State of North* |
| 5 | | *Carolina* |
| 6 | */s/ Elizabeth Morriseau* | |
| | ELIZABETH MORRISSEAU (*pro hac vice*) | ROBERT W. FERGUSON |
| 7 | Assistant Attorney General | Attorney General of Washington |
| | Environment, Natural Resources, | |
| 8 | and Agriculture Division | */s/ Megan Sallomi* |
| | Michigan Attorney General's Office | MEGAN SALLOMI, State Bar. No. 300580 |
| 9 | 6th Floor, G. Mennen Williams Building | Assistant Attorney General |
| | 525 West Ottawa Street | Environmental Protection Division |
| 10 | PO Box 30755 | Washington State Attorney General's Office |
| 11 | Lansing, MI 48933 | 800 5th Ave Suite 2000, |
| | Telephone: (517) 335-7664 | Seattle, WA 98104-3188 |
| 12 | Email: MorrisseauE@michigan.gov | Telephone: (206) 389-2437 |
| | | Email: Megan.Sallomi@atg.ca.gov |
| 13 | *Attorneys for Plaintiff the People of the State of* | |
| 14 | *Michigan* | *Attorney for Plaintiff State of Washington* |
| 15 | CHARITY R. CLARK | |
| | Attorney General of Vermont | |
| 16 | | |
| | | PETER F. NERONHA |
| 17 | */s/ Nicholas F. Persampieri* | Attorney General of Rhode Island |
| | NICHOLAS F. PERSAMPIERI (*pro hac vice*) | |
| 18 | Assistant Attorney General | */s/ Nicholas M. Vaz* |
| | Office of the Attorney General | NICHOLAS M. VAZ (*pro hac vice*) |
| 19 | 109 State Street | Special Assistant Attorney General |
| 20 | Montpelier, VT 05609 | Office of the Attorney General |
| | (802) 828-3171 | Environmental and Energy Unit |
| 21 | nick.persampieri@vermont.gov | 150 South Main Street |
| | | Providence, Rhode Island 02903 |
| 22 | *Attorneys for Plaintiff State of Vermont* | Telephone: (401) 274-4400 ext. 2297 |
| 23 | | nvaz@riag.ri.gov |
| | BRIAN L. SCHWALB | |
| 24 | Attorney General for the District of Columbia | *Attorneys for Plaintiff State of Rhode Island* |
| 25 | */s/ Adam Teitelbaum* | |
| | ADAM TEITELBAUM, State Bar. No. 310565 | |
| 26 | Deputy Director | |
| | Office of the Attorney General | ALEXANDER G. CROCKETT |
| 27 | District of Columbia | District Counsel |
| 28 | 400 6th St. NW | |
| | Washington, DC 20001 | */s/ Marcia Raymond* |

- 12 -

| | |
|---|---|
| Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia*<br><br><br>HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel<br>of the City of New York<br><br>*/s/Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov<br><br><br>*Attorneys for Plaintiff City of New York*<br><br><br><br>*/s/ Maya D. Golden-Krasner*<br>MAYA D. GOLDEN-KRASNER (SBN 217557)<br>SCOTT B. HOCHBERG (SBN 305567)<br>mgoldenkrasner@biologicaldiversity.org<br>shochberg@biologicaldiversity.org<br>Climate Law Institute<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>T: (510) 844-7119 / F: (510) 844-7150<br><br>*Attorneys for Plaintiff Center for Biological Diversity* | MARCIA L. RAYMOND, State Bar No. 215655<br>Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5158<br>mraymond@baaqmd.gov<br><br>*Attorneys for Plaintiff*<br>*Bay Area Air Quality Management District*<br>PHIL WEISER<br>Attorney General of Colorado<br><br>*/s/ Eric R. Olson*<br>ERIC R. OLSON (*pro hac vice*)<br>Solicitor General Emeritus<br>SHANNON STEVENSON<br>Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508 6548<br>Eric.Olson@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado*<br><br><br>*/s/ Adriano L. Martinez*<br>ADRIANO L. MARTINEZ (SBN 237152)<br>YASMINE L. AGELIDIS (SBN 321967)<br>CANDICE L. YOUNGBLOOD (SBN 328843)<br>amartinez@earthjustice.org<br>yagelidis@earthjustice.org<br>cyoungblood@earthjustice.org<br>Earthjustice<br>707 Wilshire Blvd., Suite 4300<br>Los Angeles, CA 90017<br>T: (415) 217-2000 / F: (415) 217-2040<br><br>*Attorneys for Plaintiffs CleanAirNow and Sierra Club* |

*/s/ Nathan E. Shafroth*
Nathan E. Shafroth (SBN 232505)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
nshafroth@cov.com

*Attorney for Defendant-Intervenor*
*Oshkosh Defense, LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I hereby certify that the above counsel in Case Nos. 3:22-cv-02583 and 3:22-cv-02576 have concurred in the filing of this document.

/s/ *Timothy S. Bishop*
Timothy S. Bishop

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that, on May 31, 2023, I electronically filed the foregoing document with

3 the Clerk of the Court using the ECF System, which will send notification of such filing to all

4 counsel of record by operation of the Court's ECF System.

5

6  /s/ *Timothy S. Bishop*
 Timothy S. Bishop