IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | Case No. 3:22-cv-02583-AMO <br><br> MOTION TO WITHDRAW APPEARANCE OF ERIC R. OLSON |

I, Eric R. Olson, hereby move, pursuant to Civil Local Rule 11-5 to withdraw my appearance (pro hac vice) on behalf of the Plaintiff State of Colorado in this matter. I will be leaving the Colorado Office of Attorney General on Wednesday, July 6, 2023. The State of Colorado will continue to be represented by Solicitor General, Shannon Wells Stevenson who has been granted admission *pro hac vice*.

Dated: June 28, 2023

Respectfully Submitted,

PHILIP J. WEISER
Colorado Attorney General

/s/  *Eric R. Olson*
ERIC R. OLSON, 36414
Solicitor General Emeritus
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
E-Mail: eric.olson@coag.gov