IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.

Case No. 3:22-cv-02583-AMO

## **ORDER**

The Court hereby GRANTS Plaintiff State of Colorado's Motion for Eric R. Olson to withdraw as attorney for the State of Colorado in this matter.

**IT IS SO ORDERED**.

Dated: July 5, 2023

_____
The Honorable Araceli Martínez-Olguín