ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
JENNIFER LODA (SBN 284889)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax: (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,**

                        Plaintiffs,

v.

**LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,**

                        Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is dismissed without prejudice, with each party bearing that party's own attorneys' fees and costs.

Dated: December 17, 2024                      Respectfully submitted,

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>ABIGAIL BLODGETT<br>Supervising Deputy Attorney General<br><br>/s/ *Stacy J. Lau*<br>STACY J. LAU<br>JENNIFER LODA<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1973<br>E-mail:  Jennifer.Loda@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | LETITIA JAMES<br>Attorney General of New York<br><br>/s/ *Claiborne E. Walthall*<br>CLAIBORNE E. WALTHALL (*pro hac vice*)<br>Assistant Attorney General<br>New York State Office of the Attorney General<br>Environmental Protection Bureau<br>State Capitol<br>Albany, NY 12224<br>(518) 776-2380<br>claiborne.walthall@ag.ny.gov<br><br>*Attorneys for Plaintiff State of New York* |

- 3 -

| | |
|---|---|
| FOR THE COMMONWEALTH OF PENNSYLVANIA<br>MICHELLE A. HENRY<br>Attorney General<br><br>/s/ *Ann R. Johnston*<br>ANN R. JOHNSTON<br>Assistant Chief Deputy Attorney General<br>Civil Environmental Enforcement Unit<br>Office of Attorney General<br>Strawberry Square<br>14th Floor<br>Harrisburg, PA 17120<br>Email: ajohnston@attorneygeneral.gov<br>717-497-3678<br><br>*Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ *Daniel Salton*<br>DANIEL SALTON<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: Daniel.Salton@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ *Vanessa L. Kassab*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB (*pro hac vice*)<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br><br>*Attorneys for Plaintiff State of Delaware* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ *Jason E. James*<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Tel: (217) 843-0322<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| AARON M. FREY<br>Attorney General of Maine<br><br>/s/ *Jillian R. O'Brien*<br>JILLIAN R. O'BRIEN, State Bar No. 251311<br>JASON ANTON<br>PAUL SUITTER<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br>Email: Jill.Obrien@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* |
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>/s/ *Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2740<br>Email: lisa.morelli@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* | RAÚL TORRES<br>Attorney General of New Mexico<br><br>/s/ *William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |
| JOSHUA H. STEIN<br>Attorney General of North Carolina<br><br>/s/ *Francisco Benzoni*<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919) 716-6400<br>Email: fbenzoni@ncdoj.gov<br>Email: aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* | |

| FOR THE PEOPLE OF THE STATE OF MICHIGAN | FOR THE STATE OF OREGON |
|---|---|
| | ELLEN F. ROSENBLUM<br>ATTORNEY GENERAL |
| /s/ *Elizabeth Morrisseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov | /s/ *Paul Garrahan*<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4540<br>Email: Paul.Garrahan@doj.oregon.gov<br>Email: Steve.Novick@doj.oregon.gov |
| *Attorney for Plaintiff the People of the State of Michigan* | *Attorneys for Plaintiff State of Oregon* |
| PETER F. NERONHA<br>Attorney General of Rhode Island | ROBERT W. FERGUSON<br>Attorney General of Washington |
| /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov | /s/ *Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov |
| *Attorneys for Plaintiff State of Rhode Island* | *Attorney for Plaintiff State of Washington* |
| CHARITY R. CLARK<br>Attorney General of Vermont | MURIEL GOODE-TRUFANT<br>Corporation Counsel<br>of the City of New York |
| /s/ *Ryan Kane*<br>RYAN KANE (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>ryan.kane@vermont.gov | /s/ *Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov |
| *Attorneys for Plaintiff State of Vermont* | *Attorneys for Plaintiff City of New York* |

| | |
|---|---|
| BRIAN L. SCHWALB<br>Attorney General for the District of Columbia | PHIL WEISER<br>Attorney General of Colorado |
| /s/ *Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov | /s/ *Shannon Stevenson*<br>SHANNON STEVENSON<br>Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508 6548<br>shannon.stevenson@coag.gov |
| *Attorneys for Plaintiff District of Columbia* | *Attorneys for Plaintiff State of Colorado* |
| ALEXANDER G. CROCKETT<br>General Counsel<br><br>/s/ *Alexandra Kamel*<br>ALEXANDRA KAMEL, State Bar No. 282295<br>Senior Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5191<br>akamel@baaqmd.gov | /s/ *Adriano L. Martinez*<br>ADRIANO L. MARTINEZ (SBN 237152)<br>YASMINE L. AGELIDIS (SBN 321967)<br>CANDICE L. YOUNGBLOOD (SBN 328843)<br>amartinez@earthjustice.org<br>yagelidis@earthjustice.org<br>cyoungblood@earthjustice.org<br>Earthjustice<br>707 Wilshire Blvd., Suite 4300<br>Los Angeles, CA 90017<br>T: (415) 217-2000 / F: (415) 217-2040 |
| *Attorneys for Plaintiff*<br>*Bay Area Air Quality Management District* | *Attorneys for Plaintiffs CleanAirNow and Sierra Club* |

/s/ *Maya D. Golden-Krasner*
MAYA D. GOLDEN-KRASNER (SBN 217557)
LAUREN PARKER (*pro hac vice*)
mgoldenkrasner@biologicaldiversity.org
lparker@biologicaldiversity.org
Climate Law Institute
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
T: (202) 868-1008 / F: (510) 844-7150

*Attorneys for Plaintiff Center for Biological Diversity*

| | |
|---|---|
| /s/ *Avi M. Kupfer* | /s/ *Nathan E. Shafroth* |
| Timothy S. Bishop (*pro hac vice*) | Nathan E. Shafroth (SBN 232505) |
| Avi M. Kupfer (*pro hac vice*) | Covington & Burling LLP |
| MAYER BROWN LLP | Salesforce Tower |
| 71 S. Wacker Drive | 415 Mission Street, Suite 5400 |
| Chicago, IL 60606 | San Francisco, California 94105-2533 |
| (312) 701-7829 | Telephone: (415) 591-6000 |
| tbishop@mayerbrown.com | Facsimile: (415) 591-6091 |
| akupfer@mayerbrown.com | nshafroth@cov.com |
| | |
| Christopher Mitchell Hendy (SBN 282036) | *Attorney for Defendant-Intervenor* |
| MAYER BROWN LLP | *Oshkosh Defense, LLC* |
| 333 South Grand Avenue, 47th Floor | |
| Los Angeles, CA 90071 | |
| (213) 229-9500 | |
| mhendy@mayerbrown.com | |

*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*

- 7 -

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I hereby certify that the above counsel in Case Nos. 3:22-cv-02583 and 3:22-cv-02576 have concurred in the filing of this document.

/s/ *Stacy J. Lau*
Stacy J. Lau

# CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send a notification of such filing to all counsel of record by operation of the Court's ECF system.

/s/ *Stacy J. Lau*
Stacy J. Lau